### BOARD OF COMMISSIONERS OF MARION COUNTY *v.* NATIONAL BISCUIT COMPANY.

[No. 25,248.    Filed July 27, 1926.]

From Marion Circuit Court (2,141); *Harry O. Chamberlin*, Judge.

Claim by the National Biscuit Company for a refund of taxes. From a judgment for claimant on appeal from an order of the board of commissioners disallowing the claim, the Board of Commissioners of Marion county appealed to the Appellate Court. (Transferred to the Supreme Court under subd. 2, §1357 Burns 1926).    *Affirmed.*

*Russell J. Ryan, William A. Hough* and *Willis C. Nusbaum*, for appellant.

City of Hobart *v.* State, ex rel.—198 Ind. 729.

*Samuel D. Miller, Frank C. Dailey, William H. Thompson, Albert L. Rabb, Thomas D. Stevenson* and *Perry E. O'Neal,* for appellee.

PER CURIAM.—The facts in this case are the same as those in the case of *Board, etc.,* v. *Western Electric Co.* (1926), *ante* 417, except the facts concerning the amounts involved. Upon the authority of that case, the judgment of the Marion Circuit Court in this case is affirmed.

Ewbank, J., did not participate.